UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSICA POFFENBARGER,

    Plaintiff,

v.                                           Case No: 2:13-cv-111-Ftm-99SPC

R E CYCLE IMPORT AUTO REPAIR,
INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of April, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\13-cv-111 dismiss 15.docx